```
UNITED STATES DISTRICT COURT                     USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                    DOCUMENT
                                                 ELECTRONICALLY FILED
                                                 DOC #: _____
                                                 DATE FILED: 3/23/2020
```

------------------------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
            -v-                           :      1: 19-cr-283-GHW
                                          :
LOUIS BRAVO,                              :      ORDER
                                          :
                        Defendants.       :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

A status conference is scheduled to take place in this case on April 9, 2020. In light of the COVID-19 pandemic, the parties are directed to submit a status update letter to the Court no later than April 6, 2020, describing the status of the case and each of the parties' respective positions regarding how best to proceed with this matter. The parties are directed to state their views with respect to a prospective exclusion of time in connection with any scheduling request.

      SO ORDERED.

Dated: March 22, 2020

                                                                          GREGORY H. WOODS
                                                                 United States District Judge