

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/20

April 6, 2020

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Louis Bravo,* **18 Cr. 283**

Dear Judge Woods:

    On March 23, 2020, Your Honor ordered the parties to submit a letter no later than April 6, 2020, which describes the status of the case, as well as the parties' respective positions on how to proceed in this matter and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

    On February 7, 2020, the Government provided a *Pimentel* letter to defense counsel setting forth its view of the application of the Sentencing Guidelines to Mr. Bravo's case, and on March 11, 2020, the Government provided Mr. Bravo with a plea agreement. Defense counsel advises that Mr. Bravo intends to plead guilty, but due to the ongoing health crisis, defense counsel have not yet been able to comprehensively review the plea agreement with Mr. Bravo.

    Therefore, the parties jointly request an adjournment of the status conference presently scheduled for April 9, 2020, of approximately 60 days, with leave to contact the Court before the next scheduled conference to arrange a change of plea proceeding, provided the parties and the Court determine that such a proceeding can occur remotely.

The defendant consents to the exclusion of time under the Speedy Trial Act to permit the parties to continue to discuss a pretrial disposition. See 18 U.S.C. § 3161(h)(7)(A).

Application granted. The Court will issue a separate order adjourning the conference and excluding time. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24. The parties may inform the Court if they wish to schedule an earlier change of plea hearing.
SO ORDERED
April 6, 2020
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Emily A. Johnson
Assistant United States Attorney
(212) 637-2409

cc: Jennifer Willis, Esq. (via ECF)
Tamara Giwa, Esq. (via ECF)