USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
    UNITED STATES OF AMERICA

    - v. -

    LOUIS BRAVO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER**

1:18-cr-283-GHW

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through Geoffrey S. Berman, United States Attorney for the Southern District of New York, Emily A. Johnson, Assistant United States Attorney, of counsel, and with the consent of Louis Bravo, by and through his attorneys, Jennifer Willis and Tamara Giwa, it is hereby ORDERED that the pretrial conference in this case be continued from April 9, 2020 to June 11, 2020 at 3:30 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial by allowing the parties to continue discussing a pretrial disposition. Accordingly, it is further ORDERED that the time from April 9, 2020 through June 11, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated: April 6 ,2020

                                      Gregory H. Woods
                                      United States District Judge