USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :

UNITED STATES OF AMERICA,         :

                                         -v-                     :               1:18-cr-283-GHW

LOUIS BRAVO,                          :               <u>ORDER</u>

                                     Defendants.  :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       A status conference is scheduled to take place in this case on June 11, 2020. The Court requests that counsel for the defendant confer with him regarding his willingness to consent to conduct the conference by remote means, such as by Skype videoconference. The Court requests that counsel for the defendant submit a letter to the Court no later than June 9, 2020 stating whether the defendant is willing to consent to conduct the proceeding by remote means. If he is willing to do so, the Court requests that the defendant submit a written consent to proceed remotely in the form currently in use in the Southern District of New York, with any modifications that the defendant believes to be appropriate, no later than June 10, 2020.

       The Court will circulate access information for the conference after it receives a response from the defendant regarding his willingness to proceed by remote means.

       SO ORDERED.

Dated: June 6, 2020

                                                GREGORY H. WOODS
                                           United States District Judge