USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,      :

                                                     :

                      -v-               :                      1: 19-cr-283-GHW

                                                     :

LOUIS BRAVO,                        :                      ORDER

                                                   :

                            Defendant.  :
-----------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       The Court scheduled a status conference to take place on June 11, 2020 at 3:30 p.m. Counsel for the defendant has since requested that the conference be converted into a change of plea hearing. Dkt. No. 29. The Court stated that it could accommodate that request, Dkt. No. 30, however, the United States has objected to a remote change of plea hearing. Dkt. No. 31. As a result, the Court anticipates that the conference scheduled for June 11, 2020 at 3:30 p.m. will proceed as a status conference only. The parties have not expressed agreement to an adjournment of the conference. Accordingly, it is hereby

       ORDERED that the status conference scheduled for June 11, 2020 at 3:30 p.m. will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser:

       https://meet.lync.com/fedcourts-nysd/gregory_woods/OTN36FB3.

       To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number:  1-917-933-2166

Conference ID:  601335410

IT IS FURTHER ORDERED that the defendant's executed consent form be submitted to the Court at the Court's chambers email account in advance of the proceeding if he consents to conduct the proceeding by remote means.

Dated: June 10, 2020

                                        Gregory H. Woods
                                    United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.