USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v -

LOUIS BRAVO

Defendant.

------------------------------------------------------------------X

1:18-cr-283-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, by and through his attorneys, JENNIFER E. WILLIS and TAMARA GIWA, Federal Defenders of New York, and with the consent of AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, EMILY JOHNSON, Assistant United States Attorney, it is hereby ORDERED that the pretrial conference in this case is continued from JULY 21, 2020 to NOVEMBER 20, 2020 at 3:00 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because additional time is needed to resolve the case in a manner consistent with the CARES ACT. Accordingly, it is further ORDERED that the time from the date of this order through November 20, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: July 22, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge