UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                        :
UNITED STATES OF AMERICA,         :
                                                                       :
                                                                       :
                -v-                                     :                 1:18-cr-0283-GHW-1
                                                                       :
LOUIS BRAVO,                                  :                   ORDER
                                     Defendant.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2020

GREGORY H. WOODS, United States District Judge:

In light of the order issued by Chief Judge McMahon on November 30, 2020, the parties are directed to meet and confer and to submit a joint letter addressing the following topics: First, whether the parties wish to proceed with the currently scheduled December 17, 2020 conference in person. Second, whether defendant consents to conduct that proceeding by remote means. Third, whether the parties believe that the proceeding can take place by remote means consistent with the CARES Act, and, if so, the specific factual basis for that conclusion.

SO ORDERED.

Dated: December 4, 2020

GREGORY H. WOODS
United States District Judge