# EXHIBIT A

Your Honor,

My name is Jose Bravo Sr. I am Luis Bravo's father. My daughter is writing this letter for me as I speak since I am an old guy and not in the best shape to type. I was asked to write this letter to help your Honor know my son better before he is punished. I will make this letter short and won't waste your Honor's time.

My son Is a good person who has made a terrible mistake, I have known Luis for close to 50 years, literally all of his life! I promise you he wouldn't hurt a fly. Luis was always good kid, he was very independent, but he had a lot of friends and everyone enjoyed being around him. He also loved to play baseball, he played it everyday growing up. I never had to worry about Luis getting in trouble.

Louis made a very big mistake but I promise he will grow from this. When my son was arrested, we went two weeks without hearing from him. I got a call from a federal officer that he was facing these charges and I thought it was a mistake. I was very confused but we came to support him because I know my son's character. He has been through so much and it disturbs me to see his hand shake as he eats.

I am asking that your Honor show him leniency because I know Luis will never do this again. We have been working on getting his health back so he can begin paying back everyone involved. In the end, the only thing we can do is make sure Luis is healthy enough to get back to work.

My son is a good man that made a mistake, I urge your Honor once again to show him leniency.

Sincerely,

*[signature]*

Jose Bravo Sr.

# EXHIBIT B

Dear Judge Woods,

My name is Nereida Soto and I am Louis Bravo's older sister. I'm writing you this letter to ask that you have leniency on my brother. My brother acknowledges that he made a mistake and is trying his best to resolve this. Louis has always been a good person, with a very genuine heart. Earlier this summer, he hurt his back after helping an older lady when she became unconscious in the street. That's who he is, he always want to help people. Louis is also a family man and has been a role model to my oldest son who is now 43 years old. He taught my son how to do Martial arts helped him with life skills that he still remembers.

My mother just celebrated her 91st birthday last month. Due to the corona virus, we try our best to limit how often she has to go outside. Louis run most of her errands for her and tries to help her around the house. She calls Louis her big Teddy bear and the situation is very heartbroken for mom.

Throughout this process, I have tried to support my brother by being there for him. I live upstate but we try to spend time as a family every other weekend. A lot of time is spent reminiscing about the old days and we try to distract ourselves from everything that is going on. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ so we try our best to distract his mind by laughing and engaging with him. My brother acknowledges his mistakes and deeply regrets his decisions and being in this situation. He wants to do better and be there for our parents. I haven't had a chance to discuss what his plan are moving forward, but I know he wants to correct his mistakes in life. His family is here to support him and make sure he is on the right track.

I hope my letter shows your Honor that my brother is a warm heart who made a very mistake. I ask that you please grant Louis leniency and give him another chance.

Sincerely,

*[signature]*

Nereida Soto

▓▓▓▓▓▓▓▓

# EXHIBIT C

Your Honor,

I, Jose Bravo, ask that you please provide leniency in the sentencing of my brother Luis Bravo. I am Luis' older brother, I have known him for 50 years. I hope that after you read my letter, you will understand why I believe my brother is a good person. Luis understands that he was the vehicle that created this prosecution. He told me back in 2019, hours after he was released and sent to Federal Custody, "I made mistakes and I am absolutely responsible."

Luis and I grew up extremely close in the 70s and we both survived the crack and cocaine epidemic that ravished the streets of New York through the 80s and 90s. Growing up, Luis and I witnessed a lot of drug abuse and we have family members who lost their lives to crack/cocaine. Back then it was not out of place to see the people selling drugs and robbing dealers in our building. It was a difficult upbringing for my family mentally, but thankfully, Luis and I did our best to avoid mixing with the wrong people in our neighborhood.

In the early 90s, ███████████████████████ I lost my job as a result. ███████ ███, so Luis came home from school to help my mother make ends meet. That's a wonderful testament to Luis' character. At times he doesn't make great decisions, but he has always been very kind and selfless. My dad jokes that Luis and I are polar opposites. I'm level headed and straight to the point, while Luis is more gracious and emotional.

My brother has accepted his mistake and knows he is facing serious charges. This has been an emotional struggle for our entire family. ███████████████████████████████████████████████████████████████████████████████████ he was placed in a cage before he was taken to court in New York. We have been through so much your honor, but I can say with the utmost confidence, Luis has learned a valuable lesson and is focused on getting his life on track.

My brother is ready for his punishment, but I just ask that your Honor show him leniency.

    Sincerely,

    *[signature]*

    Jose Bravo

# EXHIBIT D

Honorable Judge Woods,

My name is Denise Jaramillo, I am a friend of Louis Bravo for over twenty-five years, he is a very good friend of mine and we worked together. I am writing you this letter to ask you to have leniency on my friend.

I am currently working for at risk youth trying to rebuild their lives by enrolling them in colleges here in Los Angeles, California. Louis has always offered my students advise on career paths in technology and he also served as a mentor to low income at risk students. Furthermore, Louis is also a mentor to my two older sons. I am a single mom so he has been a strong support system and has been a wonderful role to my boys.

What happened with Louis broke my heart and made me cry because he is always going out of his way to help someone, I was stunned. For years, we have always stayed in touch and Louis checks on me and my kids to make sure we are okay and that the kids are staying on track. Louis and I speak on the phone every day and once the pandemic is over, I hope I get a chance to see him. I know Louis has accepted his mistakes and wants to prove that he has learned from his actions. Even though his across the country, I need him in my life and my children love him like an uncle.

Sincerely,

Denise Jaramillo