UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
:
UNITED STATES OF AMERICA :
: **ORDER**
- v. - :
: 18 Cr. 283 (GHW)
LOUIS BRAVO, :
:
         Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GREGORY H. WOODS, United States District Judge:

    Upon the application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, EMILY A. JOHNSON, Assistant United States Attorney, of counsel, and with the consent of LOUIS BRAVO, by and through his attorneys, JENNIFER WILLIS and TAMARA GIWA, it is hereby ORDERED that the joint change of plea hearing and sentencing in this case be continued from May 19, 2021 to June 2, 2021 at 4:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial as the exclusion of time will allow the parties to prepare for the upcoming plea and sentencing proceeding. The defendant, through counsel, also consents to the exclusion of time. Accordingly, it is further ORDERED that the time from May 11, 2021 through June 2, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

    SO ORDERED.

Dated:  May 13, 2021
         New York, New York

                                                      _____
                                                      Gregory H. Woods
                                                      United States District Judge