| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X<br>:<br>:<br>UNITED STATES OF AMERICA :<br>:<br>- v. - :<br>:<br>LOUIS BRAVO, :<br>:<br>Defendant. :<br>:<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/9/2021<br><br>**ORDER**<br><br>1:18-cr-283-GHW |

GREGORY H. WOODS, United States District Judge:

On June 30, 2021, Louis Bravo submitted an application requesting a modification of the terms of his supervised release. Dkt. No. 54. Counsel for the United States is directed to submit a letter stating the position of the Government and the U.S. Probation Office with respect to the request no later than July 16, 2021.

    SO ORDERED.

Dated: July 9, 2021
       New York, New York

                                       _____
                                             Gregory H. Woods
                                        United States District Judge