```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -v-                          1: 18-cr-283-GHW

    LOUIS BRAVO,                            ORDER

              Defendant.
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    Louis Bravo submitted an application to the Court requesting a modification of the terms of his supervised release. Dkt. No. 54. On July 9, 2021, the Court issued an order requesting that the United States file a response to Mr. Bravo's request. Dkt. No. 58. The United States filed its response on July 9, 2021 (the "Response"). Dkt. No. 57.

    For the reasons set forth in the Response, Mr. Bravo's application to travel to the Dominican Republic for purposes of medical treatment is DENIED without prejudice.

    The Clerk of Court is directed to mail a copy of this order to Mr. Bravo.

    SO ORDERED.

Dated: July 30, 2021
       New York, New York

                                                  GREGORY H. WOODS
                                              United States District Judge