# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

**MEMORANDUM ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 7, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2021

**By ECF and Email**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Louis Bravo**
            **18 Cr. 283 (GHW)**

Dear Judge Woods:

    I write on behalf of my client, Louis Bravo, to respectfully request that the Court enter an order modifying the terms of Mr. Bravo's supervised release to allow him to travel to the Dominican Republic from December 16, 2021 to January 5, 2022, to receive medical treatment. *See* 18 U.S.C. § 3583(e). Mr. Bravo was sentenced by this Court on June 2, 2021, and has been compliant with the terms of his supervision. Based on communications with Megan Henriquez, Mr. Bravo's supervising probation officer, the U.S. Probation Office ("Probation") defers to the Court's decision regarding travel. Ms. Henriquez does, however, note that Mr. Bravo is currently in compliance with his restitution payments and all other conditions of his supervision. The government defers to Probation.

    Mr. Bravo seeks permission to travel to the Dominican Republic to undergo a number of procedures, including ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇. The procedures have already been scheduled, and relevant medical documentation has been provided to Probation. Mr. Bravo has a valid passport to travel, and will arrange for COVID testing before and after each flight.

    Thank you for your consideration of this request.

            Respectfully submitted,

            Tamara L. Giwa
            Counsel for Louis Bravo
            Federal Defenders of New York
            (917) 890-9729

Cc:   AUSA Emily Johnson (via ECF and email)
       USPO Megan Henriquez (via email)

Application granted.  The terms of Mr. Bravo's supervised release are modified as follows:  Mr. Bravo may travel to the Dominican Republic from December 16, 2021 through January 5, 2021.  Mr. Bravo is directed to provide the itinerary for his travel to his probation officer.  All other terms and conditions of Mr. Bravo's supervised release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 60.

SO ORDERED.

Dated:  December 7, 2021
New York, New York

                             GREGORY H. WOODS
                             United States District Judge