**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

# MEMORANDUM ENDORSED

January 26, 2022

By ECF and Email

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2022

    Re:    United States v. Louis Bravo
            18 Cr. 283 (GHW)

Dear Judge Woods:

       I write on behalf of my client, Louis Bravo, to respectfully request that the Court enter an order modifying the terms of Mr. Bravo's supervised release to allow him to travel to the Dominican Republic from February 12, 2022 to March 3, 2022 to receive medical treatment. *See* 18 U.S.C. § 3583(e). Mr. Bravo was sentenced by this Court on June 2, 2021, and has been compliant with the terms of his supervision. Based on communications with Michael Melaika, Mr. Bravo's supervising probation officer, the U.S. Probation Office ("Probation") defers to the Court's decision regarding travel. Mr. Melaika does, however, note that Mr. Bravo is currently in compliance with his restitution payments and all other conditions of his supervision. The government has no objection.

       Mr. Bravo seeks permission to travel to the Dominican Republic to meet with a number of medical professionals, ████████████████████████████████ The appointments and procedures have already been scheduled, and relevant medical documentation has been provided to Probation. Mr. Bravo has a valid passport to travel, and will arrange for COVID testing before and after each flight. Mr. Bravo previously traveled to the Dominican Republic last December, and the trip occurred without incident.

       Thank you for your consideration of this request.

Page **1** of **2**

Respectfully submitted,

_____
Tamara L. Giwa
Counsel for Louis Bravo
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Emily Johnson (via ECF and email)
    USPO Michael Melaika (via email)

Application granted. The terms of Mr. Bravo's supervised release are modified as follows: Mr. Bravo may travel to the Dominican Republic from February 12, 2022 through March 3, 2022. Mr. Bravo is directed to provide the itinerary for his travel to his probation officer. All other terms and conditions of Mr. Bravo's supervised release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 63.

SO ORDERED.
Dated: January 26, 2022            _____
New York, New York                 GREGORY H. WOODS
                                   United States District Judge