# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

## MEMORANDUM ENDORSED

March 29, 2022

**By ECF and Email**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/14/2022
```

      Re:   **United States v. Louis Bravo**
           **18 Cr. 283 (GHW)**

Dear Judge Woods:

      I write on behalf of my client, Louis Bravo, to respectfully request that the Court enter an order modifying the terms of Mr. Bravo's supervised release to allow him to travel out of the country with the permission of the Probation Office, pursuant to 18 U.S.C. § 3583(e). Mr. Bravo was sentenced by this Court on June 2, 2021. Based on communications with Michael Melaika, Mr. Bravo's supervising probation officer, Mr. Bravo has been compliant with the terms of his supervision. Mr. Bravo has made all of his restitution payments in a timely manner, and recently mailed a final restitution payment in the amount of over $51,000. The Probation Office defers to the Court's decision regarding a modification of the terms of supervised release. The government has no objection.

      Mr. Bravo intends to travel to the Dominican Republic to receive ongoing medical treatment. Mr. Bravo previously traveled to the Dominican Republic in December 2021 and in February 2022 for medical purposes. Both trips occurred without incident. Mr. Bravo has a valid passport to travel, and will arrange for COVID testing before and after each flight.

      Thank you for your consideration of this request.

Page **1** of 2

Respectfully submitted,

Tamara L. Giwa
Counsel for Louis Bravo
Federal Defenders of New York
(917) 890-9729

Cc:    AUSA Emily Johnson (via ECF and email)
       USPO Michael Melaika (via email)

Application granted. The terms of Mr. Bravo's supervised release are modified as follows: Mr. Bravo may travel to the Dominican Republic to receive medical treatment with the prior approval of the Probation Office.  Mr. Bravo is directed to provide the itinerary for his travel to his probation officer. All other terms and conditions of Mr. Bravo's supervised release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 66.

SO ORDERED.

Dated:  April 14, 2022
New York, New York

GREGORY H. WOODS
United States District Judge